## BANK OF NEW HAVEN *v.* NOOROLLAH KHORSANDI ET AL.
### (AC 16194)

Dupont, C. J., and Heiman and Spear, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## CONNECTICUT LIGHT AND POWER COMPANY *v.* STANLEY V. TUCKER
### (AC 15869)

Dupont, C. J., and Heiman and Spear, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## WRIGHT BROTHERS BUILDERS, INC. *v.* JOSEPH A. DOWLING ET AL.
### (AC 16135)

Dupont, C. J., and Heiman and Spear, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.